FILED 4/24/2002 2:35:56 PM, USDC, Southern District of Iowa

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(Western Division)

| | |
|---|---|
| **Donovan Skarin** and **Ruby Skarin**, minor children, by and through their mother and next friend, Christine Skarin and by and through their father and next friend, Donald Skarin; **Christine Skarin**, individually as a parent and taxpayer, and **Donald Skarin** individually as a parent and taxpayer,<br><br>Petitioners,<br><br>vs.<br><br>**Woodbine Community School District** and **Board of Education for Woodbine Community School District**<br><br>Respondents. | CIV. NO. 1-02-CV-80010 |

## **SUBMISSION OF AFFIDAVIT OF EVAN FALES**

PETITIONERS herewith submit the Affidavit of PROFESSOR EVAN FALES, in support of their application for Temporary Restraining Order and/or a Preliminary Injunction.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(Western Division)

| | |
|---|---|
| **Donovan Skarin** and **Ruby Skarin**, minor children, by and through their mother and next friend, Christine Skarin and by and through their father and next friend, Donald Skarin; **Christine Skarin**, individually as a parent and taxpayer, and **Donald Skarin** individually as a parent and taxpayer,<br><br>Petitioners,<br><br>vs.<br><br>**Woodbine Community School District** and **Board of Education for Woodbine Community School District**<br><br>Respondents. | CIV. NO. 1-02-CV-80010 |

## AFFIDAVIT OF EVAN FALES

EVAN FALES AFFIRMS AND DEPOSES AS FOLLOWS:

1. My name is EVAN FALES. I am a member of the Philosophy Department faculty at the University of Iowa, a position I have held for 28 years. My primary research focus for the past nine years or so has been philosophy of religion. I have regularly taught our graduate and undergraduate courses in that area, and have published papers in the field. My current large project is a book, "Divine Intervention." My main focus has been on philosophical and theological issues as they have been articulated within the Judeo-Christian traditions, with an additional interest in philosophical hermeneutics. I have as well some familiarity with the anthropology of religion.

2. The Lord's Prayer is the single prayer most closely identified with Christianity, and no doubt the most universally known. It is also undoubtedly one of the oldest, its performance having been commanded by Jesus himself to his disciples (according to the somewhat different

versions recorded at Mt. 6:9-13 and Lk. 11:2-4). It is integral to the liturgies of most Christian denominations, and is not, so far as I know, prayed by non-Christians. I do not know whether there are liturgical traditions or contexts in which it is sung, but this is not unlikely. It is to Christianity what the *Shema* (Dt. 6:4-5) is to Judaism.

It seems fair to say that, whether spoken or sung, this particular prayer above any other would immediately impress listeners as signaling a proceeding that was intended to invoke the Christian faith as a specific theme, and moreover, to call the audience to worship of the Christian God. This impression would be greatly enhanced precisely by the fact that the Lord's Prayer is *usually* recited rather than sung, so that the singing of it, especially at a formal ceremony, would not strike listeners as "just another hymn," but rather as liturgy set to music.

I, EVAN FALES, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22 Day of April, 2002

Evan M. Fales

*Evan M. Fales*
EVAN FALES, Associate Professor
Department of Philosophy
The University of Iowa
Iowa City, Iowa

2

|  |  |
|---|---|
| Reapectfully Submitted: | Randall C. Wilson        PK7857 |
|  | Iowa Civil Liberties Union Foundation |
|  | 505 5th Street, Suite 901 |
|  | Des Moines, IA  50309 |
|  | (515) 243-4032 |
|  |  |
|  | Anne Olson |
|  | Student Attorney:  Anne Olson |
|  |  |
|  | Christine Sand |
|  | Student Attorney:  Christine Sand |
|  |  |
|  | Ron Bailey |
|  | Student Attorney:  Ron Bailey |
|  |  |
|  | /s/ **Sally Frank** (by Randall C. Wilson) |
|  | Supervising Attorney:  Sally Frank |
|  |  |
|  | Drake Legal Clinic PK 1100823 |
|  | 2400 University Avenue |
|  | Des Moines IA 50311 |
|  | (515) 271-3851 |
|  | Fax: (515) 271-4100 |
|  | DRAKE LEGAL CLINIC 1100823 |
|  |  |
|  | **ATTORNEYS FOR PETITIONER** |

**CERTIFICATE OF SERVICE & FILING**

I certify that on or before April 24, 2002, I served each of the parties to this action in compliance with Fed. R. Civ. Pro. 5  by depositing true copies of this document in the United States Mail, first class postage prepaid, addressed to each of the parties or their attorneys of record as shown below or by electronic service.  Contemporaneous therewith an original and suffient copies were forwarded to the Clerk of this Court for filing or the document was filed electronically according the the rules of this Court.:

*[Signature: Randall C. Wilson]*

Service by:    __√__Mail        _____Internet

Copy Mailed to:                                                        Filing by:     _____Mail     __√__Internet

   Brian L. Yung, Esq.
   Rene C. LaPierre, Esq.
   PHILLIPS, ORZECHOWSKI, CLAUSEN & LAPIERRE, LLP.
   Jackson Plaza, Suit 300;   627  Fourth St.
   Sioux City, IA  51102