FILED 4/25/2002 3:51:51 PM, USDC, Southern District of Iowa

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(Western Division)

| | |
|---|---|
| **Donovan Skarin** and **Ruby Skarin**, minor children, by and through their mother and next friend, Christine Skarin and by and through their father and next friend, Donald Skarin; **Christine Skarin**, individually as a parent and taxpayer, and **Donald Skarin** individually as a parent and taxpayer,<br><br>Petitioners,<br><br>vs.<br><br>**Woodbine Community School District** and **Board of Education for Woodbine Community School District**<br><br>Respondents. | CIV. NO. 1-02-CV-80010 |

## SUBMISSION OF AFFIDAVIT OF DAVID E. KLEMM

PETITIONERS herewith submit the Affidavit of Professor DAVID E. KLEMM, in support of their application for Temporary Restraining Order and/or a Preliminary Injunction.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(Western Division)

| | |
|---|---|
| **Donovan Skarin** and **Ruby Skarin**, minor children, by and through their mother and next friend, Christine Skarin and by and through their father and next friend, Donald Skarin; **Christine Skarin**, individually as a parent and taxpayer, and **Donald Skarin** individually as a parent and taxpayer,<br><br>Petitioners,<br><br>vs.<br><br>**Woodbine Community School District** and **Board of Education for Woodbine Community School District**<br><br>Respondents. | CIV. NO. 1-02-CV-80010 |

## AFFIDAVIT OF DAVID E. KLEMM

DAVID E. KLEMM AFFIRMS AND DEPOSES AS FOLLOWS:

1. I am David E. Klemm, Professor and Director of the School of Religion at The University of Iowa. I hold a Ph.D. in Religion from The University of Iowa. My curriculum vitae is on the School of Religion website, which is accessible through The University of Iowa home page. The address is: http://www.uiowa.edu/~religion/index.html

2. In my understanding, the U.S. Supreme Court (1962-Engel v. Vitale; and 1963-Abington Township School District v. Schempp) ruled as unconstitutional school-sponsored prayer in public schools. In this regard, the First and Fourteenth Amendments to the Constitution of the United States prohibit the federal and state governments from mandating, recommending, denouncing, promoting, or interfering in any way with the religious or non-religious beliefs of

the people. The Constitutional Amendments not only give us freedom of religion without governmental interference, they also give us freedom from religion, if we so choose. In my judgment, the singing of the Lord's Prayer at a public school commencement falls under this ruling.

3. Consider for a moment what the Lord's Prayer is, what it means to Christians, and what it communicates to others. The term "The Lord's Prayer" seems to have arisen in the English language at the time of the Reformation in the sixteenth century. In the Middle Ages, *Pater Noster* (Latin for "Our Father") referred to the same prayer, which appears in The Gospel of Luke 11:2-4, and in slightly different form in The Gospel of Matthew 6:9-15. The prayer became known as "The Lord's Prayer," because according to these gospels Jesus taught the prayer to his disciples. The prayer also appears in the *Didache (The Teaching of the Twelve Apostles)*, the earliest known manual of Christian church order, probably written in Syria at the end of the first century CE. This very early Christian text contains instructions for baptism, fasting, prayer, and celebration of the eucharistic meal, as well as spelling out the offices for establishing and maintaining Christian churches. In other words, The *Didache* is in large part a liturgical manual for use within the churches, and it is in that context that the words of the Lord's Prayer are cited. The point is that from the very beginning of Christian history, recitation or singing of the Lord's Prayer was part and parcel of the liturgy. By the time of the sixteenth century, elaborate commentaries on the Lord's Prayer were found in all Catholic catechisms for use in instructing children raised in the faith as well as for candidates and catechumens. Reformed churches

likewise placed the Lord's Prayer at the center of liturgical practice and religious education. What do these facts mean to Christians and what do they communicate to others?

4. To recite the Lord's Prayer is an essentially religious act; it is the act of a believer within a believing community--and its performance means that to others. The current *Catechism of the Catholic Church* calls the Lord's Prayer "the summary of the whole gospel" (#2761). It is at "the center of the Scriptures" (#2762), altogether "unique" and distinct from other prayers in being "taught and given to us by the Lord Jesus" (#2765). "According to the apostolic tradition, the Lord's Prayer is essentially rooted in liturgical prayer" (#2768). In the solemn rites of baptism and confirmation, "the handing on (*traditio*) of the Lord's Prayer signifies new birth into the divine life" (#2769). "In the Eucharistic liturgy the Lord's Prayer appears as the prayer of the whole Church and there reveals its full meaning and efficacy" (2770). In these and other functions, "The Lord's Prayer is the quintessential prayer of the Church" (#2776). In my view, it is not possible to separate the Lord's Prayer from these meanings.

5. In its ritual and liturgical contexts, the Lord's Prayer has frequently been set to music. The setting to music serves in this case a liturgical end. It is not the case, to my knowledge, that the musical versions of the Lord's Prayer have independent status as musical pieces. I do not believe that the Lord's Prayer can be sung in one of its musical versions as a secular musical piece without any religious connotations. To sing the Lord's Prayer is to engage in prayer. In the context of a school-sponsored musical performance, to sing the Lord's Prayer at a graduation ceremony is to inject prayer into the event. For a non-Christian, indeed for a Christian who is

sensitive to religious pluralism and who respects the constitutionally-guaranteed rights of others, it would be offensive to include on the program the singing of the Lord's Prayer. The musical versions of the Lord's Prayer have standing only within their denominational settings, where they are used as central elements for affirming and evoking Christian faith. Singing of the Lord's Prayer should have no business in a school-sponsored event of any kind.

FURTHER THE AFFIANT SAYETH NOT.

I, DAVID E. KLEMM, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 24 Day of April, 2002 at Iowa City, Iowa.

_____
DAVID E. KLEMM

| | |
|---|---|
| Reapectfully Submitted: | Randall C. Wilson        PK7857<br>Iowa Civil Liberties Union Foundation<br>505 5th Street, Suite 901<br>Des Moines, IA  50309<br>(515) 243-4032 |
| | Anne Olson<br>Student Attorney:  Anne Olson |
| | Christine Sand<br>Student Attorney:  Christine Sand |
| | Ron Bailey<br>Student Attorney:  Ron Bailey |
| | /s/ **Sally Frank** (by Randall C. Wilson)<br>Supervising Attorney:  Sally Frank |
| | Drake Legal Clinic PK 1100823<br>2400 University Avenue<br>Des Moines IA 50311<br>(515) 271-3851<br>Fax: (515) 271-4100<br>DRAKE LEGAL CLINIC 1100823 |
| | **ATTORNEYS FOR PETITIONER** |

**CERTIFICATE OF SERVICE & FILING**

I certify that on or before April 25, 2002, I served each of the parties to this action in compliance with Fed. R. Civ. Pro. 5  by depositing true copies of this document in the United States Mail, first class postage prepaid, addressed to each of the parties or their attorneys of record as shown below or by electronic service.  Contemporaneous therewith an original and suffient copies were forwarded to the Clerk of this Court for filing or the document was filed electronically according the the rules of this Court.:

*Randall C. Wilson*

Service by:   __√__Mail     _____Internet

Copy Mailed to:

Filing by:    _____Mail    __√__Internet

Brian L. Yung, Esq.
Rene C. LaPierre, Esq.
PHILLIPS, ORZECHOWSKI, CLAUSEN & LAPIERRE, LLP.
Jackson Plaza, Suit 300;   627  Fourth St.
Sioux City, IA  51102