IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(Western Division)

| | |
|---|---|
| **Donovan Skarin** and **Ruby Skarin**, minor children, by and through their mother and next friend, Christine Skarin and by and through their father and next friend, Donald Skarin; **Christine Skarin**, individually as a parent and taxpayer, and **Donald Skarin** individually as a parent and taxpayer,<br><br>Petitioners,<br><br>vs.<br><br>**Woodbine Community School District** and **Board of Education for Woodbine Community School District**<br><br>Respondents. | CIV. NO. 1-02-CV-80010 |

FILED 4/25/2002 3:51:49 PM, USDC, Southern District of Iowa

## SUBMISSION OF AFFIDAVIT OF DAVID RUHE

PETITIONERS herewith submit the Affidavit of Senior Minister DAVID RUHE, in support of their application for Temporary Restraining Order and/or a Preliminary Injunction.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(Western Division)

| | |
|---|---|
| **Donovan Skarin** and **Ruby Skarin**, minor children, by and through their mother and next friend, Christine Skarin and by and through their father and next friend, Donald Skarin; **Christine Skarin**, individually as a parent and taxpayer, and **Donald Skarin** individually as a parent and taxpayer,<br><br>Petitioners,<br>vs.<br><br>**Woodbine Community School District** and **Board of Education for Woodbine Community School District**<br><br>Respondents. | CIV. NO. 1-02-CV-80010 |

### AFFIDAVIT OF DAVID RUHE

DAVID RUHE AFFIRMS AND DEPOSES AS FOLLOWS:

1. My name is David Ruhe. I am the Senior Minister of Plymouth Congregational United Church of Christ in Des Moines, Iowa, a position I have held since April of 1994. My academic background includes a B.A. from Grinnell College with a major in philosophy (1967), a Master of Divinity degree from Yale University Divinity School in New Haven, Connecticut (1975), and a Doctor of Ministry degree from Eden Theological Seminary in St. Louis, Missouri (1987). I was ordained into the ministry of the United Church of Christ in December of 1974, and have served continuously in parish ministry since that time. I served churches in Connecticut and Nebraska before coming to Iowa.

2. The Lord's Prayer is a distinctively Christian form of religious expression. It is given

in Christian Scripture as a part of Jesus' Sermon on the Mount (Matthew 6:9-13), and is found in a slightly different form in Luke 11:2-4. With minor variations it is used in almost every Christian church. We incorporate the Lord's Prayer into our worship services every week. It is also utilized regularly, either spoken or sung, as a part of all weddings and funerals at Plymouth church. Our members find it meaningful as a part of their personal devotions, as well.

3. Whether it is spoken or sung, use of the Lord's Prayer constitutes either an act of Christian worship or a misuse of the prayer. The suggestion that it could be incorporated into a secular observance that would remove from the Lord's Prayer its religious significance is analogous to the suggestion that the American flag could be utilized in a manner in which it did not represent the nation.

I, DAVID RUHE, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25TH Day of April, 2002

*David Ruhe*

DAVID RUHE, Senion Minister
Plymouth Congregational Church
United Church of Christ
Des Moines, Iowa

2

|  |  |
|---|---|
| Reapectfully Submitted: | Randall C. Wilson         PK7857<br>Iowa Civil Liberties Union Foundation<br>505 5th Street, Suite 901<br>Des Moines, IA  50309<br>(515) 243-4032 |
|  | Anne Olson<br>Student Attorney:  Anne Olson |
|  | Christine Sand<br>Student Attorney:  Christine Sand |
|  | Ron Bailey<br>Student Attorney:  Ron Bailey |
|  | /s/ **Sally Frank** (by Randall C. Wilson)<br>Supervising Attorney:  Sally Frank |
|  | Drake Legal Clinic PK 1100823<br>2400 University Avenue<br>Des Moines IA 50311<br>(515) 271-3851<br>Fax: (515) 271-4100<br>DRAKE LEGAL CLINIC 1100823 |
|  | **ATTORNEYS FOR PETITIONER** |

**CERTIFICATE OF SERVICE & FILING**

I certify that on or before April 25, 2002, I served each of the parties to this action in compliance with Fed. R. Civ. Pro. 5  by depositing true copies of this document in the United States Mail, first class postage prepaid, addressed to each of the parties or their attorneys of record as shown below or by electronic service.  Contemporaneous therewith an original and suffient copies were forwarded to the Clerk of this Court for filing or the document was filed electronically according the the rules of this Court.:

*[Signature: Randall C. Wilson]*

Service by:    __√__Mail     _____Internet

Copy Mailed to:

Filing by:    _____Mail    __√__Internet

    Brian L. Yung, Esq.
    Rene C. LaPierre, Esq.
    PHILLIPS, ORZECHOWSKI, CLAUSEN & LAPIERRE, LLP.
    Jackson Plaza, Suit 300;   627  Fourth St.
    Sioux City, IA  51102

2