FILED 4/25/2002 3:51:52 PM, USDC, Southern District of Iowa

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(Western Division)

| | |
|---|---|
| **Donovan Skarin** and **Ruby Skarin**, minor children, by and through their mother and next friend, Christine Skarin and by and through their father and next friend, Donald Skarin; **Christine Skarin**, individually as a parent and taxpayer, and **Donald Skarin** individually as a parent and taxpayer,<br><br>Petitioners,<br><br>vs.<br><br>**Woodbine Community School District** and **Board of Education for Woodbine Community School District**<br><br>Respondents. | CIV. NO. 1-02-CV-80010 |

## SUBMISSION OF AFFIDAVIT OF CHRISTINE SKARIN

PETITIONERS herewith submit the Affidavit\* of Petitioner CHRISTINE SKARIN, in support of their application for Temporary Restraining Order and/or a Preliminary Injunction.

\*Reconstructed from illegible faxed original.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **Donovan Skarin** and **Ruby Skarin**, minor children, by and through their mother and next friend, Christine Skarin and by and through their father and next friend, Donald Skarin; **Christine Skarin** individually and as next friend of Donovan Skarin and Ruby Skarin, minor children; **Donald Skarin** individually and as next friend of Donovan Skarin and Ruby Skarin, minor children. | **AFFIDAVIT OF CHRISTINE SKARIN** |
| Plaintiffs, | CIV. NO. 1:02-CV-80010 |
| vs. | |
| Board of Education for Woodbine High School, | |
| Defendant. | |

**STATE OF IOWA** )
                 ) ss:
**COUNTY OF POLK** )

I, Christine Skarin, depose and state as follows:

1. I reside with my husband and family in Dunlap, Iowa.

2. My twin children Ruby and Donovan Skarin are sophomores at Woodbine High School in Woodbine School District.

3. Ruby and Donovan both enjoy singing and are enrolled in the Woodbine High School choir, which is a credited and graded course. They were also enrolled last year.

4. Historically, The Lord's Prayer is sung as a regular portion of the Woodbine High School graduation ceremony.

5. Since moving to the area in 1989, the School District has increasingly endorsed and promoted Christianity in the public schools. In 1989, the school performed a Winter Concert, but in the last few years, the concert has been changed to a Christmas Concert;

and the Veteran's Day celebration in 1999, which was a mandatory event for the children, wass begun with a prayer, lead by a Christian minister.

6. My family is not Christian, and I have been outraged and dismayed at the extent to which Christianity is endorsed at Woodbine High School. Last year, when I expressed my concerns about the inappropriateness of the Lord's Prayer, and other Christian songs, being sung in a public school, the principal and the school counselor told me that I was in the minority, and the majority wanted the prayer at graduation because it was tradition; their solution was that the twins could choose not to take choir.

7. That blatant endorsement of the Christian religion is unacceptable at a public school, and Ruby and Donovan have witnessed its effect on my older children, who, in order to participate with their classes in graduation activities were forced to endure the recitation of the prayer, something that did not reflect their lives and goes against everything that my family believes in.

8. Moreover, the school's solution to our concerns was that choir is an elective, so Ruby and Donovan should just not participate if they choose not to sing the religious songs endorsed by the school.

9. The twins have seen their older siblings' discomfort at having to make that same choice, and watched them drop out of high school choir. They recognize that they are not being given a real choice, and decided that they are not willing to drop choir in order to avoid conflict with the school.

10. Instead, they want to stand up for their constitutional rights, and my husband and I support their fight for freedom of religion in their public school.

11. I am very concerned about how this religious conflict is affecting their self-esteem and their relationships with both peers and faculty at Woodbine High School. The school should teach the students about Constitutional rights rather than encouraging them to harass others who are not in the religious majority.

12. Over the last three years, I have made several attempts to discuss my concern about the school encouraging and promoting the Christian religion, and the effect of that promotion on my children, but am consistently rebuffed or ignored by the school's faculty and staff.

13. Through public statements made by teachers, as well as the administration, the School District has made it very clear that the prayer is being sung for its religious value; at a board meeting one teacher said that the prayer is "about what we are and who we are, and Whose we are."

14. I have not addressed the school board, because I did not want to have to face a room full of people, and try to justify my religious beliefs, when they think I am a "heathen."

15. Graduation from high school is a momentous occasion in a teenager's life, and should be marked with pomp and circumstance. However, it is not the time nor place for school board officials and teachers to promote their personal religious beliefs, and to force others of different or no faiths to participate in their religious ceremonies.

16. If the Lord's Prayer is sung at the Woodbine graduation ceremony in May, my children will be forced to choose between acting in opposition to their religious beliefs, or singing at graduation, an activity participated in last year and that they look forward to. No public school should force this decision on a teenager; that conflict is the very foundation for both the freedom of religion and the establishment clauses.

17. The school allows a baccalaureate to be held in the gym the day before graduation. This is a much more secular affair, and could easily serve as the religious ceremony the school and the community want, leaving the graduation ceremony free of religious promotion.

18. In a small community like Woodbine, high school graduation is an event not just for the graduates, but for the whole town; everyone has a graduate in their family, or knows someone who is graduating or performing at the ceremony. I am no different.

19. My family and I want to watch Ruby and Donovan perform as part of the choir, but in order to do so, we will be forced, by the Woodbine school board and faculty, to participate in a Christian ritual we neither believe in nor condone.

20. If the Lord's Prayer is permitted to be sung at the graduation, myself and my entire family will forced to decide whether to watch Ruby and Donovan perform, or to stand by our principals, refuse to have Christianity forced on us by the school district, and desert the twins in their fight for freedom of religion in their school.

21. A public school is supposed to unite students from all walks of life, as students and as Americans, not separate its population into Christians and non-Christians.

22. My children, family and I have a right to exercise our religious beliefs without interference from the government, and by endorsing and promoting Christianity, to the detriment of anyone else, the Woodbine School District is violating that right.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: April 24th 2002
(Date)

Christine Skarin (Affiant)

|  |  |
|---|---|
| Reapectfully Submitted: | Randall C. Wilson    PK7857<br>Iowa Civil Liberties Union Foundation<br>505 5th Street, Suite 901<br>Des Moines, IA  50309<br>(515) 243-4032 |

Anne Olson
Student Attorney:  Anne Olson

Christine Sand
Student Attorney:  Christine Sand

Ron Bailey
Student Attorney:  Ron Bailey

/s/ **Sally Frank** (by Randall C. Wilson)
Supervising Attorney:  Sally Frank

Drake Legal Clinic PK 1100823
2400 University Avenue
Des Moines IA 50311
(515) 271-3851
Fax: (515) 271-4100
DRAKE LEGAL CLINIC 1100823

**ATTORNEYS FOR PETITIONER**

**CERTIFICATE OF SERVICE & FILING**

I certify that on or before April 25, 2002, I served each of the parties to this action in compliance with Fed. R. Civ. Pro. 5  by depositing true copies of this document in the United States Mail, first class postage prepaid, addressed to each of the parties or their attorneys of record as shown below or by electronic service.  Contemporaneous therewith an original and suffient copies were forwarded to the Clerk of this Court for filing or the document was filed electronically according the the rules of this Court.:

*Randall C. Wilson*

Service by:    __√__Mail      _____Internet

Copy Mailed to:

Filing by:     _____Mail    __√__Internet

    Brian L. Yung, Esq.
    Rene C. LaPierre, Esq.
    PHILLIPS, ORZECHOWSKI, CLAUSEN & LAPIERRE, LLP.
    Jackson Plaza, Suit 300;   627  Fourth St.
    Sioux City, IA  51102