FILED 4/25/2002 3:51:53 PM, USDC, Southern District of Iowa

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(Western Division)

| | |
|---|---|
| **Donovan Skarin** and **Ruby Skarin**, minor children, by and through their mother and next friend, Christine Skarin and by and through their father and next friend, Donald Skarin; **Christine Skarin**, individually as a parent and taxpayer, and **Donald Skarin** individually as a parent and taxpayer,<br><br>Petitioners,<br><br>vs.<br><br>**Woodbine Community School District** and **Board of Education for Woodbine Community School District**<br><br>Respondents. | CIV. NO. 1-02-CV-80010 |

## SUBMISSION OF AFFIDAVIT OF RUBY SKARIN

PETITIONERS herewith submit the Affidavit* of Petitioner RUBY SKARIN, in support of their application for Temporary Restraining Order and/or a Preliminary Injunction.

*Reconstructed from illegible faxed original.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **Donovan Skarin** and **Ruby Skarin**, minor children, by and through their mother and next friend, Christine Skarin and by and through their father and next friend, Donald Skarin; **Christine Skarin** individually and as next friend of Donovan Skarin and Ruby Skarin, minor children; **Donald Skarin** individually and as next friend of Donovan Skarin and Ruby Skarin, minor children. | **AFFIDAVIT OF RUBY SKARIN** |
| Plaintiffs, | CIV. NO. 1:02-CV-80010 |
| vs. | |
| Board of Education for Woodbine High School, | |
| Defendant. | |

**STATE OF IOWA** )
) ss:
**COUNTY OF POLK** )

I, Ruby Skarin, depose and state as follows:

1. I am a sophomore at Woodbine High School Woodbine, Iowa.

2. I am a member of the high school choir, and have been for the last two years.

3. Choir at Woodbine high school is a graded and credited course.

4. The choir will be singing the Lord's Prayer at Woodbine high school graduation on May 19, 2002, and we sang it last year, too.

5. I have been raised as an atheist, and when I am made to sing prayers it makes me feel extremely uncomfortable and inferior.

6. Last year, the music teacher told the students that we didn't have to believe the prayer, we only had to sing it.

7. My belief or disbelief in the prayer is irrelevant; what is relevant is that everyone else believes in the words they are singing, and they know that I don't.

8. Having to sing the Lord's Prayer, even in practice, makes me feel like I stick out, and like the others are mocking me because I don't share their beliefs, or am ignorant for not understanding them, which is embarrassing and degrading.

9. Finally, the students and teacher make me feel that I am being disrespectful of them and their religion, for not giving the prayer the respect they think it deserves.

10. Not singing the prayer is equally embarrassing. Whether it is at the graduation ceremony or in practice, its very conspicuous when my brother and I are not singing, when everyone else is, or if we were to step out of the choir for the prayer.

11. The feelings I get from the other students and the teacher are not only because of the graduation ceremony. In choir, we practice all the time, so I am singled out in every practice where the prayer is sung, and made to feel ignorant and embarrassed.

12. Recently, the school allowed a student to pass a petition around in choir, advocating for the prayer at graduation. Even though everyone knows how I feel about the prayer, the students asked me to sign it anyway, as a "joke" while everyone else stood by and watched.

13. It was a very cruel joke, singling me out and making fun of me for my beliefs, when they knew very well that I would not sign the petition.

14. I have worked very hard in choir for the last two years, and feel like I have every right to perform at the graduation ceremony like everyone else.

15. Sitting in the crowd at graduation would make me feel even worse, because I would miss out on an important performance, only because I didn't have the same religious beliefs that the school board and music teacher did.

16. Everyone in school knows that I perform in the choir, and everyone would notice if I didn't sing at graduation. They would all "know" that my religious convictions are different and "wrong".

17. I don't think that I should have to be subjected to all this, just so I can participate in choir; I love to sing and should have the opportunity to sing in the choir, just like everyone else, without feeling embarrassed and stupid because I am not a Christian.

18. The school board has no right to single me, and my brother, out as "wrong" and different in front of the whole community, by not letting me sing with my class, but in requiring me to sing the Lord's Prayer at the graduation ceremony, Woodbine School is forcing me to participate in a religious activity I do not believe in, and violating my right to free exercise of religion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 24, 2002
(Date)

_____
Ruby Skarin
Affiant

|  |  |
|---|---|
| Reapectfully Submitted: | Randall C. Wilson        PK7857<br>Iowa Civil Liberties Union Foundation<br>505 5th Street, Suite 901<br>Des Moines, IA  50309<br>(515) 243-4032 |
|  | Anne Olson<br>Student Attorney:  Anne Olson |
|  | Christine Sand<br>Student Attorney:  Christine Sand |
|  | Ron Bailey<br>Student Attorney:  Ron Bailey |
|  | /s/ **Sally Frank** (by Randall C. Wilson)<br>Supervising Attorney:  Sally Frank |
|  | Drake Legal Clinic PK 1100823<br>2400 University Avenue<br>Des Moines IA 50311<br>(515) 271-3851<br>Fax: (515) 271-4100<br>DRAKE LEGAL CLINIC 1100823 |
|  | **ATTORNEYS FOR PETITIONER** |

**CERTIFICATE OF SERVICE & FILING**

I certify that on or before April 25, 2002, I served each of the parties to this action in compliance with Fed. R. Civ. Pro. 5  by depositing true copies of this document in the United States Mail, first class postage prepaid, addressed to each of the  parties  or their  attorneys  of record as shown below or by electronic service.  Contemporaneous therewith an original and suffient copies were forwarded to the Clerk of this Court for filing or the document was filed electronically according the the rules of this Court.:

*[signature: Randall C. Wilson]*

Service by:   __√__Mail     _____Internet

Copy Mailed to:

Filing by:    _____Mail     __√__Internet

  Brian L. Yung, Esq.
  Rene C. LaPierre, Esq.
  PHILLIPS, ORZECHOWSKI, CLAUSEN & LAPIERRE, LLP.
  Jackson Plaza, Suit 300;   627  Fourth St.
  Sioux City, IA  51102

2